UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GERALD BYRD, <br><br> Plaintiff, <br><br> v. <br><br> TREFRY, <br><br> Defendant. | Case No. 25-cv-10889 <br><br> Honorable Robert J. White <br> Magistrate Judge Kimberly G. Altman |

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, (2) GRANTING DEFENDANT'S UNOPPOSED MOTION FOR SUMMARY JUDGMENT, AND (3) DISMISSING PLAINTIFF'S CLAIMS WITHOUT PREJUDICE**

Before the Court is Magistrate Judge Kimberly G. Altman's November 14, 2025 report and recommendation. (ECF No. 19).  The report recommended that the Court grant Defendant's unopposed motion for summary judgment (ECF No. 17) for Plaintiff's failure to exhaust administrative remedies and dismiss Plaintiff's claims without prejudice. (ECF No. 19).  None of the parties objected to the report and recommendation pursuant to Fed. R. Civ. P. 72(b)(2).

The Court had an opportunity to fully review the matter and believes that the magistrate judge reached the correct conclusions for the appropriate reasons. Accordingly,

IT IS ORDERED that the magistrate judge's November 14, 2025 report and recommendation (ECF No. 19) is hereby accepted and adopted.

IT IS FURTHER ORDERED that Defendant's motion for summary judgment (ECF No. 17) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's claims are DISMISSED WITHOUT PREJUDICE.

Dated: December 2, 2025               s/Robert J. White
                                                            Robert J. White
                                                            United States District Judge